JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Andreh Bolandi,

Petitioner,

v.

Markwayne Mullin et al.,

Respondents.

Case No. 5:25-cv-00628-MCS-MAR

**JUDGMENT**

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted. Respondents shall restore the terms and conditions of Petitioner's release to those in place prior to his arrest on January 24, 2026.

DATED: July 14, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE